

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00682-CR

Benito **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR9168
Honorable Raymond Angelini, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 5, 2015.

_____
Patricia O. Alvarez, Justice